# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1588. ANGELA WHITTAKER v. STACEY GILLIS.

Following his divorce from Angela Whittaker, Stacey Gillis filed a motion for contempt against Whittaker, alleging she violated various provisions of the final judgment and decree of divorce. The trial court entered an order finding Whittaker in contempt. Whittaker filed this direct appeal from that order. The trial court's order, however, is not subject to direct appeal.

Appeals from orders in domestic relations cases, including orders holding persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Whittaker's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/14/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.